Argued and submitted April 26, fine vacated; otherwise affirmed May 24, 1989

RICHARD WALLACE,
*Petitioner,*

*v.*

OREGON STATE PENITENTIARY,
*Respondent.*

(11-87-165, 11-87-166-E; CA A47030)

773 P2d 830

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

Douglas F. Zier, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks review of a final order of the Superintendent of the Oregon State Penitentiary that found him guilty of violating a disciplinary rule and imposed, *inter alia,* a $100 fine. He contends that there is not sufficient evidence to support the finding that he had violated a disciplinary rule. There is. However, we agree with respondent's concession that the fine is invalid. *Watson v. OSP,* 90 Or App 85, 750 P2d 1188 (1988).

Fine vacated; otherwise affirmed.